**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of  Nevada
                    (State)

Case number (if known): 21-_____    Chapter  7

☐ Check if this is an amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | *Check one:*<br>☑ Chapter 7<br>☐ Chapter 11 |

### Part 2:    Identify the Debtor

| | |
|---|---|
| 2. **Debtor's name** | Performance SK8Holding, Inc. |

| | |
|---|---|
| 3. **Other names you know the debtor has used in the last 8 years**<br><br>Include any assumed names, trade names, or *doing business as* names. | Performance SK8 Holding, Inc.<br>Performance SK8 Holding<br>Performance SK8 Group<br><br>Debtor's wholly owned subsidaries:<br>Performance Sk8 Europe AB<br>Performance Sk8 South America Ltda<br>Performance Sk8 Asia Ltd |

| | |
|---|---|
| 4. **Debtor's federal Employer Identification Number (EIN)** | ☑ Unknown<br><br>__ __ – __ __ __ __ __ __ __<br>EIN |

| | |
|---|---|
| 5. **Debtor's address** | **Principal place of business**<br><br>3225 McLeod Drive<br>Number    Street<br><br>Suite 1000<br><br>Las Vegas            NV    89121<br>City                State  ZIP Code<br><br>Clark<br>County | **Mailing address, if different**<br><br>3225 McLeod Drive #110<br>Number    Street<br><br>c/o Anderson Registered Agents<br>P.O. Box<br><br>Las Vegas            NV    89121<br>City                State  ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City            State  ZIP Code |

| Debtor | **Performance SK8Holding, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| 6. | Debtor's website (URL) | **www.performancesk8.com** |
|---|---|---|

| 7. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| 8. | Type of debtor's business | *Check one:* |
|---|---|---|
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☑ No |
|---|---|---|
| | | ☐ Yes. Debtor _____   Relationship _____ |
| | | District _____ Date filed _____   Case number, if known _____ |
| | | MM / DD / YYYY |
| | | Debtor _____   Relationship _____ |
| | | District _____ Date filed _____   Case number, if known _____ |
| | | MM / DD / YYYY |

**Part 3:   Report About the Case**

| 10. | Venue | *Check one:* |
|---|---|---|
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
|---|---|---|
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☑ No |
|---|---|---|
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Performance SK8Holding, Inc.
        Name

Case number (if known)_____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Ms. Eva Stahle | Delinquent Loan | $ 72,234.00 |
| | Ms. Anna-Lina Kvarnsmyr | Breach of promissory note | $ 100,000.00 |
| | Ms. Anna Toll | Delinquent Loan | $ 75,000.00 |
| | | Total of petitioners' claims | $ 247,234.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:  Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

Name and mailing address of petitioner

Ms. Eva Stahle
Name

Vanadisvagen 34
Number    Street

113 46 Stockholm    SWEDEN
City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City        State    ZIP Code

Jaime E. Serrano, Jr.
Printed name

Serrano Law Group PLLC
Firm name, if any

101    Convention Center Drive, Suite 1175
Number    Street

Las Vegas        NV        89109
City            State    ZIP Code

Contact phone  702 550-7222  Email jserrano@serranolawlv.com

Bar number  14116

State    Nevada

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/22/2021
            MM / DD / YYYY

✗    /s/ Eva Stahle
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed  04/22/2021
              MM / DD / YYYY

Debtor   Performance SK8Holding, Inc.
_____Name_____

Case number (if known)_____

---

**Name and mailing address of petitioner**

Ms. Anna-Lina Kvarnsmyr
_____Name_____

Erstagatan 31 B
_____Number___Street_____

116 36 Stockholm          SWEDEN
_____City_____State_____ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____Name_____

_____Number___Street_____

_____City_____State_____ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/22/2021
_____MM / DD / YYYY

✗ /s/ Anna-Lina Kvarnsmyr
Signature of petitioner or representative, including representative's title

Jaime E. Serrano, Jr.
Printed name

Serrano Law Group PLLC
Firm name, if any

101   Convention Center Drive, Suite 1175
Number   Street

Las Vegas                NV        89109
City                     State     ZIP Code

Contact phone  702 550-7222  Email jserrano@serranolawlv.com

Bar number  14116

State   Nevada

✗ _____signature_____
Signature of attorney

Date signed  04/22/2021
_____MM / DD / YYYY

---

**Name and mailing address of petitioner**

Ms. Anna Toll
_____Name_____

Birger Jarlsgatan 95 lgh 1102
_____Number___Street_____

113 56 Stockholm          SWEDEN
_____City_____State_____ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____Name_____

_____Number___Street_____

_____City_____State_____ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/22/2021
_____MM / DD / YYYY

✗ /s/ Anna Toll
Signature of petitioner or representative, including representative's title

Jaime E. Serrano, Jr.
Printed name

Serrano Law Group PLLC
Firm name, if any

101   Convention Center Drive, Suite 1175
Number   Street

Las Vegas                NV        89109
City                     State     ZIP Code

Contact phone  702 550-7222  Email jserrano@serranolawlv.com

Bar number  14116

State   Nevada

✗ _____signature_____
Signature of attorney

Date signed  04/22/2021
_____MM / DD / YYYY

---